GEOFFREY A. HANSEN
Acting Federal Public Defender
HEATHER R. ROGERS
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant JAMES KELLEMS

Filed

APR 1 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES KELLEMS,<br><br>    Defendant. | No. CR 11-00341 DLJ<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING DATE |

## STIPULATION

Defendant James Kellems, by and through Assistant Federal Public Defender Heather R. Rogers, and the United States, by and through Assistant United States Attorney Thomas M. O'Connell, hereby stipulate that, with the Court's approval, the status hearing currently set for April 12, 2012, at 9:00 a.m., before the Honorable D. Lowell Jensen, shall be continued to June 7, 2012, at 9:00 a.m.

The reason for the requested continuance is that, due to Ms. Rogers' leaving the Federal Public Defender's office, Mr. Kellems' case is being reassigned within the office, and defense investigation and the parties' negotiations are ongoing. New counsel requires the additional time

to continue these efforts. The parties therefore respectfully request a continuance to June 6, 2012, at 9:00 a.m.

The parties agree that the time between February 2, 2012, and February 23, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel and to ensure continuity of counsel.

Dated: April 9, 2012

_____/s/_____
HEATHER ROGERS
Assistant Federal Public Defender

Dated: April 9, 2012

_____/s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for April 12, 2012, at 9:00 a.m., before the Honorable D. Lowell Jensen, shall be continued to June 6, 2012, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between April 12, 2012, and June 6, 2012, would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between April 12, 2012, and June 6, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

//

1  THEREFORE, IT IS HEREBY ORDERED that the time between April 12, 2012, and
2  June 6, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
3  3161(h)(7)(A) and (B)(iv).
4  IT IS SO ORDERED.

5  Dated: 4-10-12

_____
HON. D. LOWELL JENSEN
United States District Court Judge